# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Lynette Constable, | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| Plaintiff, | ) | CV-09-1619-PHX-NVW |
| | ) | |
| v. | ) | |
| | ) | |
| Credit Collection Services, | ) | |
| | ) | |
| Defendant. | ) | |

___  Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed April 29, 2010, judgment is entered in favor of Plaintiff Lynette Constable against Defendant Credit Collection Services in the amount of $1,001.00, plus interest at the federal judgment rate from the time of judgment until paid.

RICHARD H. WEARE
District Court Executive/Clerk

April 29, 2010

 s/L. Dixon
By: Deputy Clerk

cc: (all counsel)