Ryan Lee, Esq. (SBN 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd. Suite 401
Los Angeles, CA  90025
Telephone: (323) 988-2400
rlee@consumerlawcenter.com
Attorney for Plaintiff,
LYNETTE CONSTABLE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LYNETTE CONSTABLE,<br><br>    Plaintiff,<br><br>    v.<br><br>CREDIT COLLECTION SERVICES,<br><br>    Defendant. | No.  CV 09-1619-PHX-NVW<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE OF SETTLEMENT AND WITHDRAWAL OF PLAINTIFF'S PETITION FOR ATTORNEYS' FEES AND COSTS**

NOW COMES Plaintiff, LYNETTE CONSTABLE, by and through her attorneys, KROHN & MOSS, LTD., and hereby inform this Court that the parties have reached a full settlement in the present matter and anticipate filing a stipulation to dismiss in the near future.

Additionally, as the parties have reached a full settlement in this matter, Plaintiff hereby inform this court that she withdraws Plaintiff's Petition for Attorneys Fees and Costs in this matter.

DATED: May 28, 2010             KROHN & MOSS, LTD.


                                By: /s/ Ryan Lee

                                    Ryan Lee
                                    Attorney for Plaintiff


## CERTIFICATE OF SERVICE

I, Ryan Lee, certify that a true and correct copy of the foregoing was served upon C. Andrew Campbell, Mark D. Fullerton, P.C. 1839 South Alma School Road, Suite 275  Mesa AZ  85210, campbell@MHF.CC via ELECTRONIC MAIL on May 28, 2010.


                                By: /s/ Ryan Lee

                                    Ryan Lee
                                    Attorney for Plaintiff